NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3184

SYLVESTER CHRISTOPHER,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Joree G. Brownlow, Law Offices of Joree G. Brownlow, of Bartlett, Tennessee, argued for petitioner.

Scott D. Austin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3184

SYLVESTER CHRISTOPHER,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

# Judgment

ON APPEAL FROM the Merit Systems Protection Board

in CASE NO(S).AT0752070092-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (BRYSON, PLAGER, and DYK, Circuit Judges.)

AFFIRMED.  See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: November 14, 2008          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk